UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEEBER REALTY LLC and BERNARD COHEN, both individually and in his capacity as Trustee of the Bernard Cohen Revocable Trust,

                       Plaintiffs,

v.

TRUSTCO BANK,

                       Defendant.

---

NOTICE OF MOTION BY DEFENDANT TRUSTCO BANK TO VACATE AN ORDER PURSUANT TO RULE 60(b)(1), 60(b)(4) AND 60(b)(6) AND DISMISS THIS ACTION PURSUANT TO RULE 12(h)(3)

No. 17-cv-2934(KMK)(LMS)

    PLEASE TAKE NOTICE, that, upon the Declaration of Peter A. Pastore, Esq. dated July 17, 2018, the exhibits attached thereto, the Affidavit of Joseph A. Maria and the accompanying Memorandum of Law, Defendant, Trustco Bank will move this Court at 300 Quarropas Street, White Plains, New York, 10601, for an Order pursuant to Rule 60(b)(1), 60(b)(4) and 60(b)(6) vacating the Opinion and Order of this Court filed June 4, 2018 and dismissing this action pursuant to Rule 12(h)(3).

    Oral argument will be on a date and at a time designated by the Court.

DATED:    Albany, New York
                July 17, 2018

                                        Respectfully submitted,

                                        MCNAMEE LOCHNER P.C.

                                        By: _____
                                        Peter A. Pastore, Esq.
                                        Bar Code No.: PP29B
                                        Attorney for Defendant Trustco Bank
                                        677 Broadway, Suite 500
                                        Albany, NY 12207
                                        (518) 447-3246

TO:    Michael A. Freeman, Esq.
           Greenberg Freeman LLP
           110 East 59th Street, 22nd Flr.
           New York, NY 10022

{M1456014.1}