UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LEEBER REALTY LLC and BERNARD COHEN,
both individually and in his capacity as Trustee of the
Bernard Cohen Revocable Trust,                              No.  17-cv-2934(KMK)(LMS)

                        Plaintiffs,                     ECF Case
     -v-
                                                        **AMENDED NOTICE**
TRUSTCO BANK,                                               **OF CROSS-APPEAL**

                        Defendant.
-------------------------------------------------------------------x

Notice is hereby given that Leeber Realty LLC and Bernard Cohen, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the amended judgment entered in this action on July 23, 2019, and all decisions, opinions and orders underlying this amended judgment to the extent adverse to plaintiffs, including the order dated June 1, 2018 (entered on June 4, 2018) granting in part and denying in part plaintiffs' motion for summary judgment, the original judgment and the order, both dated and entered on May 1, 2019, awarding damages, legal fees and costs, and interest to plaintiffs, and the order, dated and entered on July 18, 2019, amending the original judgment.

Dated: New York, New York
       July 31, 2019

                                        GREENBERG FREEMAN LLP

                                By:   /s/ *Michael A. Freeman*
                                    Michael A. Freeman
                                    110 East 59th Street, 22nd Floor
                                    New York, NY  10022
                                    (212) 838-3121
                                    freeman@greenbergfreeman.com
                                    *Attorneys for Plaintiffs*

TO: Peter Pastore
McNamee Lochner P.C.
677 Broadway, #500
Albany, NY 12207
PASTOREPA@mltw.com
*Attorneys for Defendant*