

# O'CONNELL  ARONOWITZ
ATTORNEYS AT LAW

July 7, 2020

**VIA ECF FILING**
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant, Jr.
Federal Building and US Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      **RE:**    **Leeber v. Trustco Bank**
                 Case No.: 17-cv-2934 (KMK)(LMS)
                 **Our file:  27302.001**

Dear Judge Karas:

      Attached for filing and your consideration, please find the following documents:

1. Satisfaction of Judgment; and
2. Proposed Final Agreed Order Discharging Appeal Bond.

      Please note that the firm of McNamee Lochner P.C. is liquidating and I continue to represent Trustco Bank at my new firm of O'Connell & Aronowitz P.C.  Plaintiff's counsel, Michael Freeman, Esq, has consented to the form of the proposed Order.

      Trustco Bank has satisfied the judgment, however, the surety is requiring an order to discharge the bond posted pending appeal.

      Thank you.

                                        Respectfully submitted,

                                        Peter A. Pastore

PAP:mkm

EDWARD J. O'CONNELL
1925-1939
SAMUEL E. ARONOWITZ
1925-1973
LEWIS A. ARONOWITZ
1951-1979

CORNELIUS D. MURRAY
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
PETER A. PASTORE
KEVIN LAURILLIARD
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
SCOTT W. ISEMAN
DANIELLE HOLLEY TANGORRE
FRANCIS J. SMITH, JR.
PAUL C. PASTORE

OF COUNSEL
HON. LEONARD A. WEISS
RICHARD S. HARROW
MEREDITH H. SAVITT
PAUL A. FEIGENBAUM
FLORENCE M. RICHARDSON
CRISTINA D. COMMISSO
GRAIG F. ZAPPIA
DANIEL J. TUCZINSKI
KAREN MARTINO VALLE
ROLAND M. CAVALIER

CHAD A. JEROME
MICHAEL Y. HAWRYLCHAK
ANDREW KO
JULIA V. KOSINESKI
SAMANTHA L. FEMIA
MARINA W. CHU

HOLLY E. VEGAS*
(DIRECTOR, HEALTHCARE
CONSULTING GROUP)

*NOT A MEMBER OF THE
LEGAL PRACTICE

54 STATE STREET • ALBANY, NY  12207 • (p) 518-462-5601 • (f) 518-462-2670
SERVICE BY FAX NOT ACCEPTED.
With offices in Albany, Latham and Saratoga Springs.
{O0633028.1}      www.oalaw.com