UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
LEEBER REALTY LLC and BERNARD
COHEN, both individually and in his capacity
as Trustee of the Bernard Cohen Revocable
Trust,

                            Plaintiff,        17 Civ. 2934 (KMK)

      - against -                  **SATISFACTION OF JUDGMENT**

TRUSTCO BANK,

                            Defendant.
---------------------------------------x

       WHEREAS, a judgment was entered in the above action on the 1st day of May, 2019 in favor of Leeber Realty LLC and Bernard Cohen and against Trustco Bank in the amount of $635,557.95 plus interest, costs and attorneys' fees as set forth therein, as modified by an amended judgment entered in the above action on the 23d day of July, 2019 in favor of Leeber Realty LLC and Bernard Cohen and against Trustco Bank in the amount of $635,557.95 plus interest, costs and attorneys' fees as set forth therein, and said judgment, as amended, with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

       THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
          July 7, 2020

                                              GREENBERG FREEMAN LLP
                                              Attorneys for Plaintiffs/ Judgment Creditors
                                              By: _____
                                              Michael A. Freeman, Esq.
                                              110 East 59th Street, 22nd Floor
                                              New York, NY 10022

{00629438.1} SDNY Web 3/2018

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

On the 7th day of July 2020 before me personally came Michael A. Freeman, to me known and known to be a member of the firm of Greenberg Freeman LLC, attorneys for plaintiffs in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

MORTON NEWBURGH
NOTARY PUBLIC, STATE OF NEW YORK
No. 02NE4698255
Qualified in New York County
Commission Expires May 31, 20 23

{00629438.1} SDNY Web 3/2018