UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEEBER REALTY LLC and BERNARD
COHEN, both individually and in his capacity
as Trustee of the Bernard Cohen Revocable
Trust,

                     Plaintiffs,        No. 17-cv-2934(KMK)(LMS)

v.

TRUSTCO BANK,                    Bond No. 107098979

                     Defendant.

---

## FINAL AGREED ORDER DISCHARGING APPEAL BOND

---

      THIS CAUSE having come before the Court on the consent of the Plaintiffs and Defendant to Discharge the Appeal Bond Number 107098979 posted by Travelers Casualty and Surety Company of America, as Surety, in the referenced case in the amount of One Million Fifty-eight Thousand Three Hundred Forty-one and 84/100 Dollars ($1,058,341.84) (Docket #138) and the rider thereto (Docket #148) at the request of Trustco Bank, as Principal. The judgment is satisfied, therefore, the appeal Bond is no longer required and should be discharged and Travelers Casualty and Surety Company of America and its parents, affiliates and subsidiaries and Trustco Bank are released from any and all liability.

It is ORDERED AND ADJUDGED that the judgment has been fully satisfied, as evidenced by the Satisfaction of Judgment filed with United States District Court, a copy of which is attached hereto, and therefore the appeal Bond is no longer required and is hereby fully and unconditionally discharged, released and exonerated and Travelers and Trustco Bank are hereby released from any and all past, present and future liability arising under or in connection with the issuance of the appeal bond number 107098979.

      IT IS FURTHER ORDERED AND ADJUDGED that the Clerk of the Court is hereby directed to forthwith release the said Appeal Bond recorded with this court, for immediate return to Travelers Casualty and Surety Company of America.

      IT IS SO ORDERED
this __7th__ day of __July__, 2020

                                       _____(JUDGE)

{00628784.1}